**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| HASSAN JACKSON, individually, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2:24-cv-2900-SHL-tmp |
| PATCH, INC., and ROSE FALKNER, individually, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER SETTING HEARING ON AMENDED MOTION TO WITHDRAW**

Before the Court is attorney Jocelyn V. Henderson's Amended Motion to Withdraw, filed May 29, 2026.  (ECF No. 33.)  Henderson asserts that "it is no longer practicable to continue the attorney client relationship" with Defendants Patch, Inc., and Rose Falkner.  (Id. at PageID 129.)  She requests a hearing on the Motion.  (Id.)  Henderson further states that, because "the name of substitute counsel is unknown at the moment, counsel respectfully requests time for the parties to acquire new counsel if said motion is granted."  (Id.)

The Court will conduct a hearing on the Motion on **Tuesday, June 16, at 11:00 a.m.** in Courtroom 1 on the Eleventh Floor of the Odell Horton Federal Building in Memphis, Tennessee.  Moreover, attorney Henderson must notify Defendant Rose Falkner that Falkner's attendance at the hearing is required.

**IT IS SO ORDERED**, this 2nd day of June, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE