**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| HASSAN JACKSON, individually, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:24-cv-2900-SHL-tmp |
| PATCH, INC., and ROSE FALKNER, individually, | ) ) ) | |
| Defendants. | ) ) ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed November 18, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Plaintiff's Motion for Approval of FLSA Settlement (ECF No. 31), filed April 7, 2026, all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

June 22, 2026
Date